IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-336 |
| | ) |
| PITTSBURGH TRIBUNE REVIEW; | ) Judge Gary L. Lancaster/ |
| PUBLISHER, TRIBUNE REVIEW; and | ) Magistrate Judge Amy Reynolds Hay |
| EDITOR, PITTSBURGH TRIBUNE REVIEW, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

The above-captioned prisoner civil rights action was received by the Clerk of Court on March 16,

2007, and was referred to the United States Magistrate Judge Amy Reynolds Hay for pretrial proceedings

in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local

Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation, Dkt. [2], filed on April 3, 2007,

recommended that the complaint be dismissed pursuant to the PLRA screening provisions for failure to

state a claim upon which relief can be granted. Service was made on the Plaintiff at FCC Yazoo City

(Low), P.O. Box 5000, Yazoo City, MS 39194-5000, which was the address listed on the docket.

Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and

(C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, he had ten (10) days to file any

objections. Plaintiff filed objections. Dkt. [3]. The Court finds that none of the objections is persuasive.

After review of the pleadings and the documents in the case, together with the Report and

Recommendation, the following order is entered:

**AND NOW**, this 2nd day of May, 2007;

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED** pursuant to the

PLRA.

**IT IS FURTHER ORDERED** that the Report and Recommendation, Dkt. [2],

filed on April 3, 2007, is adopted as the opinion of the court.

Furthermore, Plaintiff's motion to amend, Dkt. [4], is hereby **DENIED** as futile.

Lastly, the court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from this

order would not be taken in good faith.

Gary L. Lancaster
United States District Judge

cc:     Hon. Amy Reynolds Hay
        United States Magistrate Judge

        Frederick Banks
        # 05711-068
        FCC Yazoo City (Low)
        P.O. Box 5000
        Yazoo City, MS 39194-5000

2